UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br> -vs-<br><br>MARCO DELANO CARR,<br><br>                Defendant. | NO.   CR-06-2156-WFN-1<br><br>ORDER |

A first pretrial conference, motion hearing and change of plea hearing was held December 7, 2006. The Defendant, who is in custody, was present and represented by Diane Hehir; Assistant United States Attorney Thomas Hanlon represented the Government.

The Court addressed Defendant's pending pretrial motions. A change of plea was subsequently entered.

The Court has reviewed the file and motions and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion for Discovery, filed November 17, 2006, **Ct. Rec. 18**, is **DENIED AS MOOT**.

2. Defendant's Motion for Disclosure of 404(b) and 609 Evidence, filed November 17, 2006, **Ct. Rec. 20**, is **DENIED AS MOOT**.

3. The Defendant's Request for the Transcripts of Grand Jury Testimony, filed November 17, 2006, **Ct. Rec. 22**, is **DENIED AS MOOT.**

ORDER - 1

1  4. Defendant's Motion to Dismiss, filed November 17, 2006, **Ct. Rec. 24**, is
2  **DENIED**. The Court determined that the underlying state conviction was a felony under the
3  law of Washington state. 18 U.S.C. § 922(a)(20).

4  5. All time from the filing of Defendant's Motions on November 17, 2006, to the date
5  of the hearing on December 7, 2006 is **EXCLUDED** for speedy trial calculations pursuant
6  to 18 U.S.C. § 3161(h)(1)(F).

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 7th day of December, 2006.

                                                s/ Wm. Fremming Nielsen
                                                WM. FREMMING NIELSEN
12-07                           SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2