PROB 12B
(7/93)

Report Date: October 15, 2009

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**OCT 16 2009**

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marco Delano Carr              Case Number: 2:06CR02156-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 4/11/2007             Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm by a   Date Supervision Commenced: 8/24/2009
Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 15 Months; TSR - 36  Date Supervision Expires: 3/23/2012
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

14    You shall participate in the home confinement program for 130 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay.

## CAUSE

Marco Delano Carr appeared before the Court on April 8, 2009, for his revocation hearing. The defendant was found in violation of his supervision violations and was sentenced to five months confinement, followed by up to 180 days at a residential reentry center (RRC). Mr. Carr entered the Franklin County RRC on August 25, 2009, and was scheduled to complete his RRC time on February 19, 2010. Mr. Carr had two minor infractions at the RRC for possessing his cellular telephone in an unauthorized area and he was subsequently terminated from the facility on October 14, 2009. The defendant completed 50 days at the RRC.

Although Mr. Carr was terminated from the RRC, he was compliant with reporting to U.S. Probation, obtaining his substance abuse assessment, and abstaining from controlled substance use. He was scheduled to start Relapse Prevention at First Steps Community Counseling Services on October 20, 2009. At this time, this officer respectfully recommends the Court consider modifying the defendant's RRC requirement by allowing the defendant to serve the remaining time on home confinement. This would grant the defendant the opportunity to continue receiving treatment services and continue seeking employment. Home confinement will allow the supervising probation officer to monitor the defendant more closely.

It should be noted that the defendant has expressed an interest in participating in the Sobriety Treatment and Education Program (STEP).

Prob 12B

**Re: Carr, Marco Delano**
**October 15, 2009**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 15, 2009

s/SanJuanita B Coronado

SanJuanita B Coronado
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/16/2009
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

14  You shall participate in the home confinement program for 130 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay.

Witness: _____    Signed: _____
             Jose Zepeda                          Marco Delano Carr
             U.S. Probation Officer               Probationer or Supervised Releasee

October 15, 2009
Date