PROB 12C
(7/93)

Report Date: February 4, 2011

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2011

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marco Delano Carr            Case Number: 2:06CR02156-001-WFN

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 4/11/2007

| | |
|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 15 Months; TSR - 36 Months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Date Supervision Commenced: | 8/24/2009 |
| Defense Attorney: | Diane E. Hehir |
| Date Supervision Expires: | 3/23/2012 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**   **Nature of Noncompliance**

1   **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

   **Supporting Evidence**: Marco Carr submitted a urinalysis test on December 21, 2010, which tested positive for marijuana. Test results were confirmed by Alere Laboratories.

   On December 29, 2010, the defendant reported for an office visit and denied using marijuana, but did say he was at a friend's house where the illegal substance was being used.

2   **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

   **Supporting Evidence**: Marco Carr submitted a urinalysis test on January 26, 2011, which tested positive for cocaine. Test results were confirmed by Alere Laboratories.

Prob12C
Re: **Carr, Marco Delano**
February 4, 2011
Page 2

On February 2, 2011, the defendant reported for an office visit and denied using cocaine. He had no explanation as to how he could have tested positive for the illegal substance, but mentioned it was possible he may have touched the substance somewhere.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/04/2011

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Feb 7 2011
Date