PROB 12C
(7/93)

Report Date: May 31, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 3 1 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marco Delano Carr          Case Number: 2:06CR02156-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 4/11/2007

| | |
|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 15 Months; TSR - 36 Months     Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon     Date Supervision Commenced: 8/24/2009 |
| Defense Attorney: | Diane E. Hehir     Date Supervision Expires: 3/23/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1     **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Marco Carr submitted a urinalysis test on May 23, 2011, which tested presumptive positive for marijuana. Test results were confirmed by Alere Toxicology Laboratories.

On May 23, 2011, the defendant reported for an office visit and admitted to frequenting a residence on or about May 21, 2011, where he could smell an odor of marijuana.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Carr, Marco Delano
May 31, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 31, 2011

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

5/31/11
Date